NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEAN A. SHELLEY, DOC #T81166,          )
                                       )
        Appellant,                     )
                                       )
v.                                     )        Case No. 2D18-3800
                                       )
STATE OF FLORIDA,                      )
                                       )
        Appellee.                      )
                                       )
_____)


Opinion filed May 29, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County, Christopher Nash,
Judge.

Dean A. Shelley, pro se.


PER CURIAM.


        Affirmed.


LaROSE, C.J., and KHOUZAM and SLEET, JJ., Concur.